1   BILL LOCKYER
    Attorney General of the State of California
2   THOMAS R. YANGER
    Senior Assistant Attorney General
3   MARGARITA ALTAMIRANO, State Bar No. 87762
    Supervising Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 323-8638
6    Fax:  (916) 324-5567

7   Attorneys for Plaintiff
    California Department of Social Services

8

9                   IN THE UNITED STATES DISTRICT COURT

10                      FOR THE  EASTERN DISTRICT

11

12
    **STATE OF CALIFORNIA, DEPARTMENT OF**          CASE NO. CIV S-99-00355 FCD
13  **SOCIAL SERVICES,**                                       JFM

14
    **and**                                          **STIPULATION TO CONTINUE**
15                                                   **HEARING ON MOTION TO**
                                                     **INTERVENE**
16  **ENEDINA ROSALES,**

17                                   Plaintiffs,     Hearing:        February 24, 2006
                                                     Time:           10:00 a.m.
18          **v.**                                   Judge:  Hon. Frank C. Damrell, Jr.

19  **TOMMY G. THOMPSON, SECRETARY OF**
    **THE DEPARTMENT OF HEALTH AND**
20  **HUMAN SERVICES,**

21                                   Defendant.

22

23          Pursuant to U.S. District Court, Eastern District, Civil Local Rule 78-230,

24  plaintiff California Department of Social Services, intervenor Enedina Rosales and

25  proposed intervenors Larry and Brenda Buggs, et al., and the Secretary of Health and

26  Human Services, through their respective attorneys, stipulate to continue from February

27  24, 2006, to March 24, 2006, at 10:00 a.m. proposed intervenors' hearing on their motion

28  / / /

Stipulation to Continue Hearing on Motion to Intervene

1  to intervene.  The filing attorney has obtained original signatures or approval of the

2  signers to sign the stipulation on their behalf.

3       Dated: _____

4                                                    McDermott Will & Emery LLP

5
                                                     s/David Beckwith
6                                                    _____

7                                                    DAVID BECKWITH

8                                                    Attorneys for Intervenor and Proposed
                                                     Intervenors

9       Dated: _____

10                                                   U.S. Department of Justice

11
                                                     s/W. Scott Simpson
12                                                   _____

13                                                   W. SCOTT SIMPSON

14                                                   Attorneys for Defendant
                                                     Secretary of Health and Human Resources

15

16

17      Dated: _____
                                                     BILL LOCKYER
18                                                   Attorney General of the State of California

19                                                   s/Margarita Altamirano

20                                                   _____
                                                     MARGARITA ALTAMIRANO
21                                                   Supervising Deputy Attorney General

22                                                   Attorneys for Plaintiff
                                                     California Department of Social Services

23

24                                          **ORDER**

25          IT IS SO ORDERED.

26      Dated:   January 31, 2006

27                                                   /s/Frank C. Damrell, Jr.
                                                     _____
                                                     FRANK C. DAMRELL, JR.
28                                                   District Judge

Rosales.stipo.wpd

Stipulation to Continue Hearing on Motion to Intervene

2

1      ### DECLARATION OF SERVICE BY U.S. MAIL

2      Case Name:      **STATE OF CALIFORNIA, DSS. and ENEDINA ROSALES
                        v. TOMMY G. THOMPSON**

3
       No.:      CIV-S-99-00355 FCD JFM
4

5      I declare:

6      I am employed in the Office of the Attorney General, which is the office of a member of
       the California State Bar at which member's direction this service is made.  I am 18 years
7      of age or older and not a party to this matter.  I am familiar with the business practice at
       the Office of the Attorney General for collection and processing of correspondence for
8      mailing with the United States Postal Service.  In accordance with that practice,
       correspondence placed in the internal mail collection system at the Office of the Attorney
9      General is deposited with the United States Postal Service that same day in the ordinary
       course of business.
10
       On January 26, 2006, I served the attached **STIPULATION TO CONTINUE
11     HEARING ON MOTION TO INTERVENE** by placing a true copy thereof enclosed in
       a sealed envelope with postage thereon fully prepaid, in the internal mail collection
12     system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255,
       Sacramento, California  94244-2550, addressed as follows:
13

14     Barbara Jones
       Legal Aid Foundation of Los Angeles
15     1102 South Crenshaw Boulevard
       Los Angeles, CA 90019
16
       Marjorie J. Shelvy
17     Legal Aid Foundation of Los Angeles
       5228 East Whittier Boulevard
18     Los Angeles, CA 90022

19     I declare under penalty of perjury under the laws of the State of California the foregoing
       is true and correct and that this declaration was executed on January 26, 2006, at
20     Sacramento, California.

21

22     VIRGINIA J. MORGAN                                /s/ Virginia J. Morgan
       _____        _____
23                 Declarant                                         Signature

24

25

26

27

28

Stipulation to Continue Hearing on Motion to Intervene