1  DANA N. LEVITT (State Bar No. 077180)
   McDERMOTT WILL & EMERY LLP
2  2049 Century Park East, 34th Floor
   Los Angeles, CA  90067
3  Telephone:    310.277.4110
   Facsimile:    310.277.4730
4
   DAVID M. BECKWITH (State Bar No. 125130)
5  PETER J. GIMINO III (State Bar No. 198926)
   McDERMOTT WILL & EMERY LLP
6  4370 La Jolla Village Drive, Suite 700
   San Diego, CA  92122
7  Telephone:    858.643.1400
   Facsimile:    858.597.1585
8
   MARJORIE SHELVY (State Bar No. 159015)
9  YOLANDA ARIAS (State Bar No. 130025)
   SILVIA ARGUETA (State Bar No. 144400)
10 LEGAL AID FOUNDATION OF LOS ANGELES
   5228 E. Whittier Boulevard
11 Los Angeles, CA  90022
   Telephone:    213.640.3930
12 Facsimile:    213.640.3911

13 Attorneys for Intervenor
   ENEDINA ROSALES
14
   Attorneys for Proposed Intervenors
15 LARRY and BRENDA BUGGS, MARY ELLEN
   DEEGAN, GLORIA JEFFERSON, SYLVIA
16 MCGINNIS, SHAWN SPENCER, DEBRA
   ZACCARO, and GRANDPARENTS as PARENTS
17

18                         UNITED STATES DISTRICT COURT

19                         EASTERN DISTRICT OF CALIFORNIA

20 STATE OF CALIFORNIA,                      CASE NO. CIV S-99-0355 FCD JFM
   DEPARTMENT OF SOCIAL SERVICES
21                                           STIPULATION TO CONTINUE HEARING
   and                                       ON MOTION FOR RELIEF FROM
22                                           JUDGMENT
   ENEDINA ROSALES,
23
                  Plaintiffs,                Date:         May 19, 2006
24                                           Time:         10:00 a.m.
        v.                                   Courtroom:    2
25                                           Judge:        Honorable Frank C. Damrell, Jr.
   MIKE LEAVITT, SECRETARY OF
26 HEALTH AND HUMAN SERVICES,

27                Defendant.

28

**STIPULATION TO CONTINUE HEARING ON**                              (No. CIV. S-99-0355 FCD JFM)
**MOTION FOR RELIEF FROM JUDGMENT**

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
SAN DIEGO

Pursuant to U.S. District Court, Eastern District, Civil Local Rule 78-230, plaintiff California Department of Social Services, intervenor Enedina Rosales and proposed intervenors Larry and Brenda Buggs, et al., and the Secretary of Health and Human Services, through their respective attorneys, stipulate to continue from May 19, 2006 to June 2, 2006, at 10:00 a.m. plaintiff's hearing on its motion for relief from judgment.

Dated: _____

McDermott Will & Emery LLP

_____
DAVID M. BECKWITH
Attorneys for Intervenor and Proposed Intervenors

Dated: _____

U.S. Department of Justice

_____
W. SCOTT SIMPSON
Attorneys for Defendant
Secretary of Health and Human Resources

Dated: _____

BILL LOCKYER
Attorney General of the State of California

_____
CATHERINE H. BROWN
Deputy Attorney General

Attorneys for Plaintiff
California Department of Social Services

**ORDER**

IT IS SO ORDERED.

Dated:  April 24, 2006_____

/s/ Frank C. Damrell Jr.
_____
FRANK C. DAMRELL, JR.
District Judge

SDO 43854-1.009975.0115

**STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM JUDGMENT**    -2-    (No. CIV. S-99-0355 FCD JFM)