IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA
DEPARTMENT OF SOCIAL SERVICES,
and ENEDINA ROSALES,

    Plaintiffs,   No. 2:99-cv-0355 FCD JFM

    vs.

MIKE LEAVITT, SECRETARY OF
HEALTH AND HUMAN SERVICES,

    Defendant.   ORDER

_____/

    Plaintiff's August 13, 2008 motion to compel discovery was noticed for hearing on Thursday, September 11, 2008 at 11:00 a.m. before the undersigned. However, the parties have not submitted the joint stipulation required under Local Rule 37-251. Good cause appearing, plaintiff's motion to compel will be dropped from calendar.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's August 13, 2008 motion to compel [docket no. 169] is dropped from calendar.

DATED: September 9, 2008.

                                                UNITED STATES MAGISTRATE JUDGE

001; rosales.251